IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PHILIP EMIABATA and
SYLVIA EMIABATA,                                                          MEMORANDUM
                Plaintiffs,
                                                                       07-cv-465-bbc
     v.

MARTEN TRANSPORT, LTD. and
FREIGHTLINER, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      It has come to my attention that there are some inconsistencies in yesterday's opinion and order in this case setting discovery deadlines. To be clear, the parties should heed the deadlines set forth in the order: defendant Marten Transport, Ltd. has until March 4 to depose plaintiffs and until February 26 to renew its motion to compel; plaintiffs have until March 7 to file a response to any renewed motion that defendant Marten files. The parties

should disregard any other deadlines discussed in the body of the opinion.

Entered this 20th day of February, 2008.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge