# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

PHILIP EMIABATA and
SYLVIA EMIABATA,

        Plaintiffs,

    v.

MARTEN TRANSPORT, LTD. and
FREIGHTLINER, LLC,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-465-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    **This case is dismissed against defendants.**


THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**


_____**/s/ Melissa Hardin**_____      _____6/20/08_____
        **by Deputy Clerk**                                                              **Date**