IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PHILIP EMIABATA and
SYLVIA EMIABATA,

                                            ORDER

                Plaintiffs,

                                            07-cv-465-bbc

     v.

MARTEN TRANSPORT, LTD. and
FREIGHTLINER, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The motion for reconsideration filed by defendant Marten Transport, Ltd., dkt. #91, is DENIED.

       Entered this 27th day of June, 2008.

                                      BY THE COURT:

                                      /s/

                                      BARBARA B. CRABB
                                      District Judge