IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILIP EMIABATA and
SYLVIA EMIABATA,

    Plaintiffs,

v.

MARTEN TRANSPORT, LTD. and
FREIGHTLINER, LLC,

    Defendants.

AMENDED JUDGMENT

Case No. 07-cv-465-bbc

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Marten Transport, Ltd. and Freightliner, LLC against Philip Emiabata and Sylvia Emiabata GRANTING defendant's motions for summary judgment and DISMISSING plaintiffs' federal and state law claims.

Approved as to form this 14th day of July, 2008.

_____
BARBARA B. CRABB, District Judge

_____
Joel M. Turner, Acting Clerk

JUL 1.5 2008
Date